

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 15, 2020.

_____
Beth Watkins, Justice